2011-63345
FILED
December 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003954961

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re **M. F. Gomes and Sons**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Western Milling<br>P.O. Box 1029<br>Goshen, CA 93227 | 8Western Milling<br>P.O. Box 1029<br>Goshen, CA 93227 | Business Debt | | 1,434,000.00<br>(6,000,000.00 secured)<br>(4,992,403.97 senior lien) |
| Machado Hay Company<br>3228 East Tulare Avenue<br>Tulare, CA 93274 | Machado Hay Company<br>3228 East Tulare Avenue<br>Tulare, CA 93274 | Business debt | | 167,512.02 |
| J.R. Simplot Company<br>PO Box 354<br>Yakima, WA 98907 | J.R. Simplot Company<br>PO Box 354<br>Yakima, WA 98907 | Business Debt | | 88,376.54<br>(6,000,000.00 secured)<br>(6,426,403.97 senior lien) |
| Cargill Animal Nutrition Simon Newman<br>Cargil Inc, dba Nutrena Feeds<br>PO Box 369<br>Stockton, CA 95201 | Cargill Animal Nutrition Simon Newman<br>Cargil Inc, dba Nutrena Feeds<br>PO Box 369<br>Stockton, CA 95201 | Business Debt | | 82,461.59<br><br>(0.00 secured) |
| CAPITAL ONE<br>P.O. Box 105474<br>Atlanta, GA 30348-5474 | CAPITAL ONE<br>P.O. Box 105474<br>Atlanta, GA 30348-5474 | Business Debt | | 65,749.89 |
| Capital One<br>Coface Collections, NA Inc.<br>P.O. Box 8510<br>Metairie, LA 70011-8510 | Capital One<br>Coface Collections, NA Inc.<br>P.O. Box 8510<br>Metairie, LA 70011-8510 | Business debt | | 63,535.52 |
| CAPITAL ONE, N.A.<br>PO BOX 30273<br>SALT LAKE CITY, UT 84130 | CAPITAL ONE, N.A.<br>PO BOX 30273<br>SALT LAKE CITY, UT 84130 | Business | | 58,313.16 |
| BANK OF AMERICA<br>P.O. Box 17054<br>Wilmington, DE 19850 | BANK OF AMERICA<br>P.O. Box 17054<br>Wilmington, DE 19850 | Business Debt | | 55,483.00 |
| Genske, Mulder & Co.,LLP<br>4150 Concours Street, Ste. 250<br>Ontario, CA 91764 | Genske, Mulder & Co.,LLP<br>4150 Concours Street, Ste. 250<br>Ontario, CA 91764 | Accounting Services | | 51,719.51 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PG&E P.O. Box 997300 Sacramento, CA 95899-7300 | PG&E P.O. Box 997300 Sacramento, CA 95899-7300 | Business debt | | 50,029.69 |
| Cullum Roadsiding 1932 Mission Circle Tulare, CA 93274 | Cullum Roadsiding 1932 Mission Circle Tulare, CA 93274 | Business debt | | 48,378.17 |
| Valov and Sons Farming 18275 'B' Road 28 Tulare, CA 93274 | Valov and Sons Farming 18275 'B' Road 28 Tulare, CA 93274 | Business debt | | 43,820.00 |
| Walco P.O. Box 1789 Roanoke, TX 76262 | Walco P.O. Box 1789 Roanoke, TX 76262 | Business debt | | 42,811.55 |
| Mark's Truck and Tractor Inc., 1159 Security Court Tulare, CA 93274 | Mark's Truck and Tractor Inc., 1159 Security Court Tulare, CA 93274 | Business debt | | 42,406.85 |
| Transworld Systems P.O. Box 4903 Trenton, NJ 08650-4903 | Transworld Systems P.O. Box 4903 Trenton, NJ 08650-4903 | Business debt | | 40,246.69 |
| Hollins Law Century Center 2601 Main Street Irvine Penthouse Suite 1300 Irvine, CA 92614 | Hollins Law Century Center 2601 Main Street Irvine Penthouse Suite 1300 Irvine, CA 92614 | Business debt RX Seeds, Inc. v. Vernal Gomes, et al. | | 30,596.20 |
| Penny Newman Grain Co. P.O. Box 12147 Fresno, CA 93776-2147 | Penny Newman Grain Co. P.O. Box 12147 Fresno, CA 93776-2147 | Business debt | | 22,184.88 |
| Exchange Bank PO Box 760 Santa Rosa, CA 95402 | Exchange Bank PO Box 760 Santa Rosa, CA 95402 | Well pump and parts | | 21,153.34 (0.00 secured) |
| Wells Fargo Bank Payment Processing Payment Rementance Ce P.O. Box 54349 Los Angeles, CA 90054-0349 | Wells Fargo Bank Payment Processing Payment Rementance Ce P.O. Box 54349 Los Angeles, CA 90054-0349 | Business debt | | 16,784.79 |
| Wells Fargo Payment Remittance Center P.O. Box 54349 Los Angeles, CA 90054-0349 | Wells Fargo Payment Remittance Center P.O. Box 54349 Los Angeles, CA 90054-0349 | Business Line | | 16,541.56 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   December 13, 2011              Signature   /s/ Daniel S. Gomes
                                                  Daniel S. Gomes
                                                  Partner

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.