2011-63345
FILED
December 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003961507

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847

Proposed Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

In re:

M.F. GOMES AND SONS,

    Debtor-in-Possession.

Case No. 11-63345-B-11

Chapter 11

DC No. KDG-1

Emergency Hearing Date: December 15, 2011
Emergency Hearing Time: 10:30 a.m.
Final Hearing Date: January 5, 2012
Final Hearing Time: 9:00 a.m.
Place: United States Bankruptcy Court
 2500 Tulare Street, Fifth Floor
 Department B, Courtroom 12
 Fresno, California
Judge: Honorable W. Richard Lee

## INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

The Emergency Motion for Use of Cash Collateral ("the Motion") filed by M.F. GOMES AND SONS ("Debtor") on December 14, 2011, came on for hearing before the Honorable W. Richard Lee, United States Bankruptcy Judge, on December 15, 2011. Hagop T. Bedoyan appeared for Debtor. Edward M. Amaral appeared for Cargill; Inc.. Robin Tubesing appeared for the Office of the United States Trustee.

The Court, having reviewed the Motion and papers filed in support of the Motion, the comments of counsel, and good cause appearing therefore,

RECEIVED
December 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003961507

IT IS ORDERED that:

1. The Motion is granted on an interim basis pending a final hearing;

2. Debtor is authorized to use cash collateral in the amount specified in the budget attached as Exhibit "A" through December 27, 2011 ("Budget") with a ten percent (10%) variance.

3. Debtor is authorized to pay the pre-petition wage claims in the amounts set forth in the Budget.

4. Tri-Counties Bank; Valley Small Business Development Corporation; Visalia Community Bank; CNH Capital America, LLC; Bank of the West; and LOL Finance Co. (collectively "the Secured Parties') are granted the following adequate protection:

   a. Debtor shall care for and maintain the Secured Parties' collateral;

   b. The Secured Parties shall have a replacement lien on accounts receivable and other property interests generated by Debtor of the same type and nature as existed when Debtor filed its case to the extent the use of cash collateral results in a decrease in value of the Secured Parties' interest in its collateral, and

   c. Debtor shall make the adequate protection payments to the Secured Parties in the amounts indicated in the Budget.

5. Prior to the final hearing on the Motion, the Debtor shall provide the Court with a report identifying any claims entitled to priority under 11 U.S.C. Section 503(b)(9) and revise its cash collateral budget a necessary to provide for payment of all such administrative claims.

6. A final hearing on the Motion will be held on January 5, 2012, at 9:00 a.m. in Fresno, California. and shall be properly noticed.

Dated: Dec 16, 2011

W. Richard Lee
United States Bankruptcy Judge

36C0734     2

| Cash Flow Summary | | | |
|---|---|---|---|
| MF Gomes & Sons | | | |
| MONTHLY INCREMENTS: 12/14/11-07/31/12 | | Dec 14-20, 2011 | Dec 21-27, 2011 |
| Beginning Cash | | | $ 25,214 |
| Net Milk Check | | $ 97,235 | |
| Excess feed sales | | $ 25,000 | |
| Cull Income | | $ 3,850 | |
| Calves & heifers | | $ 7,475 | |
| Other | | $ 1,795 | |
| TOTAL CASH RECEIPTS: | | $ 135,355 | $ - |
| Operating Disbursements by Vendor Type: | | | |
| Feed expense | | $ 35,000 | |
| Farming expense | | | |
| Grown crops fed | | | |
| Cull replacements | | $ 7,700 | |
| Additional replacements | | $ 25,000 | |
| Owner's draw-Stan Gomes | | $ 4,900 | |
| Insider gross wages | | $ 3,000 | |
| Gross wages | | $ 6,000 | |
| Rent | | | |
| Supplies | | $ 5,000 | |
| Repairs & Maint | | $ 1,750 | |
| Utilities | | $ 2,500 | |
| Insurance | | $ 1,527 | |
| Gas and Oil | | $ 3,650 | |
| Vet & breeding | | | |
| Testing & trimming | | | |
| Miscellaneous | | $ 400 | |
| (i) Total Operating Disbursements by Vendor Type: | | $ 96,427 | $ - |
| Non- Operating Disbursements: | | | |
| Taxes and licenses | | | |
| Legal & accounting | | $ - | |
| (ii) Total Non-Operating Disbursements: | | $ - | $ - |
| Loan Payments: | | | |
| Tri-Counties-Real Estate [a] | | | |
| Tri-Counties-Herd [a] | | $ 10,765 | |
| Tri-Counties-Feed [a] | | $ 2,355 | |
| SBA [a] | | | |
| Visalia Community Bank-equipment [a] | | $ 499 | |
| CNH-equipment [a] | | | |
| Bank of the West-equipment [a] | | $ 95 | |
| Land O'Lakes Finance [a] | | | |
| Western Milling cattle lease | | | |
| (iii) Total Loan Payments | | $ 13,714 | $ - |
| TOTAL CASH DISBURSEMENTS: | | $ 110,141 | $ - |
| AVAILABLE CASH FROM OPERATIONS THIS PERIOD: | | $ 25,214 | $ - |
| Ending Cash | | $ 25,214 | $ 25,214 |

Notes:

[a] Adequate protection payments equal contractual interest payments

EXHIBIT "A"
PAGE 3